

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00011-CV

**BEXAR COUNTY HOSPITAL DISTRICT** d/b/a University Health System,
Appellant

v.

Tomas **PADILLA**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-08562
Honorable David A. Canales, Judge Presiding

PER CURIAM

Sitting:      Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Patricia O. Alvarez, Justice

Delivered and Filed:  August 21, 2013

JOINT MOTION TO DISMISS GRANTED; APPEAL DISMISSED

The parties filed a joint motion to dismiss this appeal.  We grant the motion.  *See* TEX. R. APP. P. 42.1(a)(2).  Pursuant to the parties' agreement, we order all costs of appeal taxed against the party who incurred them.  *See* TEX. R. APP. P. 42.1(d) (absent agreement of the parties, costs are taxed against appellant).

PER CURIAM